FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 FEB 29  AM 10: 40

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| WAYNE HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV411-307 |
| | ) | |
| DISTRICT ATTORNEY LARRY | ) | |
| CHISOLM, individually and in | ) | |
| his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 10). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. In his complaint and objections, Plaintiff fails to adequately establish the presence of exceptional circumstances that would warrant a federal court intervening in a state court prosecution. See Younger v. Harris, 401 U.S. 37, 49, 53-54 (1971); Perez v. Ledesma, 401 U.S. 82, 85 (1971) ("Only in cases of proven harassment or prosecutions undertaken by state officials in bad faith without hope of obtaining a valid conviction and perhaps in other extraordinary circumstances where irreparable injury can be shown is federal injunctive relief against pending

state prosecutions appropriate."); see also Mitchum v. Foster, 407 U.S. 255, 229-31 (1972). Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *29th* day of February 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA