FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 FEB 29 AM 10: 40

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WAYNE HAMILTON,                          )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        CASE NO. CV411-307
                                         )
DISTRICT ATTORNEY LARRY                  )
CHISOLM, individually and in             )
his official capacity,                   )
                                         )
        Defendant.                       )
                                         )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 8), to which objections have been
filed (Doc. 10). After a careful de novo review of the
record, the Court finds Plaintiff's objections to be
without merit. In his complaint and objections, Plaintiff
fails to adequately establish the presence of exceptional
circumstances that would warrant a federal court
intervening in a state court prosecution. See Younger v.
Harris, 401 U.S. 37, 49, 53-54 (1971); Perez v. Ledesma,
401 U.S. 82, 85 (1971) ("Only in cases of proven harassment
or prosecutions undertaken by state officials in bad faith
without hope of obtaining a valid conviction and perhaps in
other extraordinary circumstances where irreparable injury
can be shown is federal injunctive relief against pending

state prosecutions appropriate."); see also Mitchum v. Foster, 407 U.S. 255, 229-31 (1972). Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of February 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2